# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40698
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 21, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MIGUEL RISCAJCHE-SIQUINA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:14-CR-122-1

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Miguel Riscajche-Siquina raises an argument that he concedes is foreclosed by *United States v. Guerrero-Navarro*, 737 F.3d 976 (5th Cir. 2013), in which this court held that the residential burglary offense analyzed therein constitutes the enumerated generic crime of burglary of a dwelling and a crime of violence for purposes of U.S.S.G. § 2L1.2(b)(1)(A). *Guerrero-Navarro*, 737 F.3d at 980. Accordingly,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-40698

the unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.